and *T. S. L. Perlman* for petitioners. *Solicitor General Cox* for the United States.

No. 169. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE *v.* ALABAMA EX REL. FLOWERS, ATTORNEY GENERAL. Supreme Court of Alabama. Certiorari granted. *Robert L. Carter, Fred D. Gray* and *Arthur D. Shores* for petitioner. *Richmond M. Flowers,* Attorney General of Alabama, and *Gordon Madison,* Assistant Attorney General, for respondent.

No. 253. MARKS *v.* ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari granted. *Murray A. Gordon* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for respondent.

No. 273. FEDERAL POWER COMMISSION *v.* HUNT ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Cox, Ralph S. Spritzer, Richard A. Solomon, Howard E. Wahrenbrock, Robert L. Russell* and *Josephine H. Klein* for petitioner. *Robert E. May* and *Richard F. Generelly* for respondents.

No. 157. PARDEN ET AL. *v.* TERMINAL RAILWAY OF THE ALABAMA STATE DOCKS DEPARTMENT ET AL. C. A. 5th Cir. Certiorari granted. *Al G. Rives* for petitioners. *Richmond M. Flowers,* Attorney General of Alabama, and *Willis C. Darby, Jr.* for respondents.